IN THE MATTER OF CECIL GOODE,
AN ATTORNEY AT LAW.

Argued June 8, 1971—Decided June 8, 1971.

*Mr. Samuel A. Donio,* for the order.

*Mr. Cecil Goode, pro se.*

PER CURIAM. Respondent was convicted on a plea of guilty to a charge of conspiracy to bribe a police officer. The conviction requires his disbarment. His name will be stricken from the roll.

*For disbarment*— Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*Opposed*—None.